IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE                                                                PLAINTIFF

VS.                                                         CIVIL ACTION NO. ~~15-0062~~

THE HALIFAX HERALD LIMITED AND JOHN DOE                         DEFENDANT

1:15cv106 LG-RHW

NOTICE OF REMOVAL

TO:   Mr. Douglas Handshoe, *Pro Se Plaintiff* (via Certified Mail)
      214 Corinth Drive
      Bay St. Louis, MS  39520

      Honorable Karen Ladner Ruhr
      Hancock County Circuit Clerk
      152 Main Street, Suite B
      Bay St. Louis, MS  39520

YOU WILL PLEASE TAKE NOTICE that this Notice of Removal and the exhibits attached

hereto have been filed this day for and on behalf of The Halifax Herald Limited, defendant, in the

United States District Court for the Southern District of Mississippi, Southern Division.  You are

hereby served with a copy of this Notice of Removal of said civil action to the United States District

Court from the Circuit Court of Hancock County, Mississippi, upon the grounds stated herein.

Pursuant to said removal, you will proceed no further in said Circuit Court of Hancock County,

Mississippi, and you will be mindful of the provisions of Title 28 U.S.C. Section 1441, *et seq.*

Please take notice hereof and govern yourselves accordingly.

As its short and plain statement of the grounds for removal of this civil action, this defendant

would show unto the Court the following:

D0332742.1

1.

There is now pending in the Circuit Court of Hancock County, Mississippi, a certain civil action styled "Douglas Handshoe v. The Halifax Herald Limited and John Doe," being civil action number 15-0062 on the docket of said Court. Said civil action purports to be an action for libel. The time within which defendant is required to plead, answer or otherwise respond to the Complaint has not yet expired, and the thirty-day period within which to file for and obtain removal of said civil action has not yet expired.

2.

The *pro se* plaintiff alleged at the time the Complaint was filed, that he is a resident citizen of Hancock County, Mississippi, and defendant avers that the *pro se* plaintiff is, at the time of the filing of this Notice of Removal, still an adult resident citizen of Hancock County, Mississippi. Defendant, The Halifax Herald Limited was at the time the Complaint was filed and is presently a corporation organized and existing under the laws of The Commonwealth of Canada, having its principal place of business in Halifax, Nova Scotia, Canada. There is, therefore, complete diversity of citizenship between the defendant and the plaintiff.

3.

It is facially apparent that the amount in controversy in said civil action exceeds the sum and value of $75,000.00, exclusive of interest and costs, by reason of the fact that the Complaint filed by the *pro se* plaintiff in said civil action *expressly* states the following: "[¶ 6. . . . It is anticipated [*by the pro se plaintiff*] that *damages will ultimately exceed $75,000. [Pro se] plaintiff is seeking punitive damages in addition to actual damages.* (Emphasis added.)

4.

Pursuant to the provisions of Title 28 U.S.C. Sections 1332 and 1441, *et seq.*, this civil action is removable by defendant.

5.

The defendant attaches hereto, as Cumulative Exhibit "A," a certified copy of the entire court file in Civil Action No. 15-0062 in the Circuit Court of Hancock County, Mississippi, and asks that said Cumulative Exhibit "A" be considered a part hereof the same as though copied herein in words and figures in full.

6.

Upon the filing of this Notice of Removal, Defendant has served notice to Douglas Handshoe, the *pro se* plaintiff, of the filing of said Notice of Removal of said civil action, and simultaneously, the defendant has filed a true and correct copy of the Notice of Removal with the Clerk of the Circuit Court of Hancock County, Mississippi, together with the Cumulative Exhibit thereto, all in compliance with Title 28 U.S.C. Section 1446(d).

WHEREFORE, PREMISES CONSIDERED, The Halifax Herald Limited prays that this Notice of Removal and the Cumulative Exhibit hereto shall all be received and filed, and that the said Circuit Court of Hancock County, Mississippi, shall proceed no further herein.  Defendant further prays for all necessary writs to bring before this Honorable Court all other records and proceedings in the said Circuit Court of Hancock County, Mississippi, and defendant prays for such other, further, general, and/or more relief as it is entitled to receive under the statutes and cases in such instances made and provide.

D0332742.1                                                  3

Respectfully submitted,

THE HALIFAX HERALD LIMITED

BY: _____
ITS ATTORNEY

BY: _____
ITS ATTORNEY


JACKSON H. ABLES, III - BAR # 1027
jables@danielcoker.com
EMILY H. WILKINS - BAR # 104782
ewilkins@danielcoker.com
DANIEL, COKER, HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE:  (601) 969-7607
FACSIMILE:  (601) 969-1116

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I, Jackson H. Ables, III, attorney for The Halifax Herald Limited, defendant herein, hereby certify that I have this day filed the original of the above and foregoing Notice of Removal and Cumulative Exhibit "A" thereto in the United States District Court for the Southern District of Mississippi, Southern Division, and that upon the filing of the original notice and Cumulative Exhibit thereto, I have served a true and correct copy of the said notice and exhibits upon:

>Douglas Handshoe, *pro se* plaintiff, by mailing same via Certified Mail to 214 Corinth Drive, Bay St. Louis, Mississippi 39520; and upon

>Honorable Karen Ladner Ruhr, Circuit Clerk of Hancock County, Mississippi, by mailing same to her usual business address at Bay St. Louis, Mississippi;

all to effectuate the removal of a civil action entitled, "Douglas Handshoe v. The Halifax Herald Limited and John Doe," being civil action number 15-0062 on the docket of said Circuit Court, to the United States District Court for the Southern District of Mississippi, Southern Division, pursuant to the statutes and rules in such cases made and provided.

WITNESS MY SIGNATURE hereto, this the 27th day of March, 2015.

JACKSON H. ABLES, III, ATTORNEY FOR THE
HALIFAX HERALD LIMITED AND JOHN DOE