*Karen Ladner Ruhr*

HANCOCK COUNTY CIRCUIT CLERK
152 MAIN STREET, SUITE B
BAY ST. LOUIS, MISSISSIPPI 39520

228-467-5265
228-467-5266
228-467-2779 Fax

GULFPORT: 228-868-1913
TOLL FREE: 1-800-771-9942

## CERTIFICATE OF CLERK AS TO CERTIFIED COPY

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

I, Karen Ladner Ruhr, Clerk of the Circuit Court of the said County and State, hereby certify

that the foregoing pages contain a true and correct copy of the file from the Circuit Court of said

County and State in Cause number    15-0062        Styled:

DOUGLAS HANDSHOE
VS
THE HALIFAX HERALD LIMITED
JOHN DOE

as the originals of same appear of record and file in my office.

Given under my hand and official seal affixed, this the 17th day of March, 2015.

KAREN LADNER RUHR
HANCOCK COUNTY
CIRCUIT CLERK

BY. _____ D.C.



```
    1      General Docket, Civil Cases, Circuit Court, Hancock Circuit Clerk
=============================================================================
No. 15-0062                                             CFN    14255

HANDSHOE, DOUGLAS                        Counsel for Plaintiff
  VS.
                                         Counsel for Defendant
THE HALIFAX HERALD LIMITED/JOHN DOE
DEFAMATION                                      JUDGE Roger T. Clark
=============================================================================
  DATE                          ORDERS, JUDGMENTS, ETC.
-----------------------------------------------------------------------------
 2/13/15 Complaint Filed
 2/13/15 Summons issued to Plaintiff
```

## IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI

| | |
|---|---|
| **DOUGLAS HANDSHOE** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NUMBER** |
| **THE HALIFAX HERALD LIMITED**<br>**JOHN DOE** | **DEFENDANT** |

15-0062

FILED

FEB 1 3 2015

KAREN LADNER RUHR
CIRCUIT CLERK HANCOCK CO
BY _____ D C

### CIVIL COMPLAINT FOR DAMAGES

Comes now into the Court your Plaintiff Douglas Handshoe who files this compliant against The Halifax Herald Limited for Defamation and in support states as follows:

### I.     PARTIES

1.     Plaintiff is a Mississippi resident and owner of Slabbed New Media, LLC, which resides in and publishes the investigative weblog located at www.slabbed.org in this Judicial District.

2.     Defendant, The Halifax Herald Lmited, is a limited company formed under the laws of Nova Scotia, Canada with registered offices located at 2717 Joseph Howe Drive, Halifax, Nova Scotia Canada, B3L 2T2, mailing address P. O. Box 610, ATT. M. L. Croft, Halifax, NS Canada B3J 2T2.

3.     Defendant, John Doe, is the unknown author of the publication at issue, but upon knowledge of belief is a resident of the County of Canada, Province of Nova Scotia.

### II.     JURISDICTION AND VENUE

4.     Plaintiff's claims arise under Mississippi Law for the Intentional Tort of Defamation.

5.     This Court has personal jurisdiction over Defendant because Defendant intentionally caused harm to Plaintiff Handshoe in Mississippi via publication of the defamatory

content of a story dated February 14, 2015, including causing damages, which subject the defendant to the jurisdiction and venue of this Honorable Court. Defendant knew or should have known that his conduct would subject him to the jurisdiction and venue in this Court by publishing the defamatory content on the internet.

6.     Jurisdiction and venue are proper under section 13–3–57 Mississippi Code Annotated (1972) as this is the court of original jurisdiction involving the tort of defamation.  It is anticipated that damages will ultimately exceed $75,000.  Plaintiff is seeking punitive damages in addition to actual damages.

## III.   FACTUAL BACKGROUND

7.     Plaintiff has been the victim of an ongoing scheme to cover up a the roles of Trout Point Lodge, Ltd, Vaughn Perret, Daniel Abel and Charles Leary (the Trout Point Group) in a bribery and money scheme masterminded by former Jefferson Parish President Aaron Broussard, who is now incarcerated pursuant to a plea bargain reached with federal prosecutors.  Trout Point, Perret and Abel have conducted a campaign of litigation terrorism alleging the tort of defamation against Plaintiff, the Times Picayune and Louisiana Media Company, LLC more commonly known as Fox 8 New Orleans. This campaign of litigation terrorism has included suing four lawyers that have previously represented Plaintiff along with one of their own Henry Laird.  The Trout Point group has collectively sued Plaintiff five times in total including three suits in Canada and two in Louisiana.

8.     These lawsuits by the Trout Point Group are designed to harass and defame Plaintiff. The United States district Court has previously ruled the Trout Point Group's first Canadian

lawsuit was so poorly plead it could not have garnered a default in the United States as a

matter of law in *Trout Point et al v Handshoe* 729 F. 3d 481.

9.      At various times in 2011, in their Canadian defamation action against Louisiana Media

Company, the Trout Point Group, in collusion with certain Louisiana businessmen that

had participated in the Broussard Nova Scotia bribery scheme, submitted sworn affidavits

in support of the defamation action which detailed the business relationship the Trout

Point Group had with the Louisiana registered Limited Liability Company Nova Scotia

Enterprises, LLC. Slabbed New Media, LLC obtained these affidavits and published

them in January and February 2012.

10.     On August 31, 2012, the United States Attorney in the case styled USA v Broussard

revealed that Nova Scotia Enterprises, LLC was a Broussard bribery scheme.

11.     On September 30, 2013, in the very case that is subject to The Halifax Herald reporting

alleged as defamatory, the Trout Point Group admitted that Nova Scotia Enterprises

never owned anything of value in Nova Scotia, confirming real estate abstracts that were

posted to the Slabbed New Media website on September 8, 2011.

12.     The affidavits presented in the Trout Point Group's Nova Scotia Louisiana Media

defamation suit therefore depicted sham financial transactions with a fictional entity that

was never registered to conduct business in Nova Scotia Canada that was later identified

as a Broussard bribery scheme.

13.     The Halifax Herald Limited newspaper the Chronicle Herald, in writing about these

proceedings in an article titled "Lodge Owners Win Defamation Case", never undertook

so much as a cursory investigation of the proceedings in these Canadian court actions, to

which the Plaintiff defaulted rather than submit to the jurisdiction of the Canadian courts instead mischaracterizing Plaintiff's reporting as a regurgitation of retracted material from the Times Picayune. These characterizations are materially false and misleading.

14. Worse, defendant The Halifax Herald additionally and falsely categorized the Plaintiff's reporting on same on February 14, 2014 as a campaign of homophobia and Plaintiff as a "anti homosexual blogger", a defamatory assertion that is both materially false and was made with reckless disregard for the truth. There has never been such a finding in a court of law.

15. Canadian courts and its newspapers have become the refuge for felonious United States politicians. The publication is question has injured and damaged Plaintiff's reputation in Mississippi.

## IV.    CAUSE OF ACTION

### COUNT 1: DEFAMATION

16. Plaintiff hereby incorporates and realleges all of the allegations in paragraphs 1 through 15 of this petition.

17. By publishing the article to a public website at http://thechronicleherald.ca/novascotia/1187315-lodge-owners-win-defamation-case Defendants published or caused to be published these false statements to numerous third parties.

18. The article referenced in this complaint was and remain, false, defamatory and libelous and published with reckless disregard for the truth.

19.    The article referenced in this complaint contains statements of facts that appear nowhere in the court record that are not subject to privilege.

20.    The article referenced in this complaint was and remains of a character that would tend to harm Plaintiff's reputation, lowered his status in the eyes of his community and clientele deterring others from associating and dealing with him and have otherwise exposed him to contempt.

21.    As a proximate cause of the defendant's publication of the defamatory statements listed in this complaint Plaintiff has suffered loss to his trade, business and reputation.

## V.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

a.  For actual damages according to proof;

b.  For punitive damages according to proof.

c.  For such other and further relief as the Court shall find just and proper.

Submitted this 13th day of February, 2015.

Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
Phone: (601) 928-5380
earning04@gmail.com

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

Court Identification
Docket Number

| 2 | 3 | 1 | C | P |

County #   Judicial   Court ID
District   (CH, CI, CO)

| 0 | 2 | 1 | 3 | 1 | 5 |

Month   Date   Year

This area to be completed by clerk

Case Year

| 2 | 0 | 1 | 5 |

Docket Number

| 0 | 0 | 0 | 6 | 2 |

| | | |

Local Docket ID

Case Number if filed prior to 1/1/94

---

IN THE  CIRCUIT  COURT OF  HANCOCK  COUNTY

Short Style of Case:  Handshoe v The Halifax Herald Limited
Party Filing Initial Pleading: Type/Print Name  Douglas Handshoe                          MS Bar No. _____
   ✓ Check (✓) if Not an Attorney   ___ Check (✓) if *Pro Hac Vice*   Signature _____
Compensatory Damages Sought: $ According to proof   Punitive Damages Sought: $ According to Proof

*Is Child Support contemplated as an issue in this suit?*   ___ Yes  ✓ No   If "yes" is checked, please submit a completed Child Support
Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual  Handshoe           Douglas              ( _____ )      K ___   _____
              Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV
   Address of Plaintiff  214 Corinth Drive, Bay St Louis, MS 39520
___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____
___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
   D/B/A / Agency _____
Business _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
   D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual  _____           _____              ( _____ )      ___   _____
              Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV
___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____
✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
   D/B/A / Agency  The Halifax Herald, Limited
Business _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
   D/B/A: _____
ATTORNEY FOR THIS DEFENDANT: _____ Bar No.   or   Name: _____   Pro Hac Vice (✓)___
   (If known)

---

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- ✓ Other  Defamation

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other

IN THE <u>CIRCUIT</u> COURT OF <u>HANCOCK</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____  _____       Docket No. If Filed
              File Yr          Chronological No.      Clerk's Local ID     Prior to 1/1/94_____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

Individual: _____ _____ (_____) _____ _____
              Last Name         First Name     Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

Individual: _____ _____ (_____) _____ _____
              Last Name         First Name     Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

Individual: _____ _____ (_____) _____ _____
              Last Name         First Name     Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

HANDSHOE, DOUGLAS VS THE HALIFAX HERALD LIMITED/JOHN DOE

Case # 15-0062          Acct #          Paid By CASH          Rct#  28441
----------------------------------------------------------------------------
                    CLERK'S FEES                          85.00
                    JURY TAX                               3.00
                    COURT REPORTERS FEE                   10.00
                    LAW LIBRARY                            2.50
                    COURT ADMINISTRATOR                    2.00
                    STATE CT ED FUND                       2.00
                    COURT CONSTITUENTS                      .50
                    ELECTRONIC COURT                      10.00
                    LEGAL ASSISTANCE                       5.00
                    JUDICIAL FUND-JUDGE RAISE             40.00
                    ARCHIVE FEE                            1.00


                                          ============
                              Total    $      161.00
----------------------------------------------------------------------------

Payment received from DOUGLAS HANDSHOE


Transaction   31401 Received  2/13/2015 at 15:18 Drawer   1 I.D. KENDRA

Current Balance Due          $0.00              Receipt Amount $    161.00

By _____ D.C.  Karen Ladner Ruhr, Circuit Clerk


Case # 15-0062          Acct #          Paid By CASH          Rct#  28441

# IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI

DOUGLAS HANDSHOE                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NUMBER 15-0062

THE HALIFAX HERALD LIMITED
JOHN DOE                                            DEFENDANT

---

## SUMMONS

---

### THE STATE OF MISSISSIPPI

TO:     The Halifax Herald Limited
        Attn: M. L. Croft
        2717 Joseph Howe Drive
        P. O. Box 610
        Halifax, NS Canada B3J 2T2

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas
Handshoe, whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street
address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within
(30) days from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

Issued under my hand and the seal of said Court, this 13th day of February, 2015.

_____
Clerk of Hancock County, Mississippi

        By: _____

(Seal)

issued to
Ministih

## PROOF OF SERVICE--SUMMONS
(Process Server)

<u>The Halifax Herald Limited</u>
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____on the _____ day of_____ , 2015 , where I found said person in Parish of Jefferson of the State of Louisiana .

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____county, (state). I served the summons and complaint on the _____ day of _____, 2015 , at the usual place of abode of said person by leaving a true copy of the summons and complaint with who is the _____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____day of_____, 2015 , I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Process server must list below: [Please print or type]
Name:_____
Address:_____
Telephone No._____

State of Mississippi
County of Hancock

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me this the _____day of _____ 2015.

_____
Notary Public

My Commission Expires_____

(Seal)