IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                           PLAINTIFF

VS.                                                             CIVIL ACTION NO. 1:15CV106-LG-RHW

THE HALIFAX HERALD LIMITED, ET AL.                                            DEFENDANT

### ENTRY OF APPEARANCE

COMES NOW Emily H. Wilkins of the law firm of Daniel Coker Horton and Bell, P.A., and enters her appearance as one of the attorneys for *The Halifax Herald Limited* in the above-styled and numbered civil action.

**DATED:  April 7, 2015.**

                        Respectfully submitted,

                        *THE HALIFAX HERALD LIMITED*

                        BY:  /s/ Emily H. Wilkins
                            OF COUNSEL

JACKSON H. ABLES, III - BAR # 1027
jables@danielcoker.com
EMILY H. WILKINS - BAR # 104782
ewilkins@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI  39215-1084
TELEPHONE:  (601) 969-7607
FACSIMILE:  (601) 969-1116

D0346541.1

## **CERTIFICATE**

I hereby certify that on **April 7, 2015**, I electronically filed the foregoing with the Clerk of the Court using the ECF system and that I have this day served by United States **registered** mail a true and correct copy of the above and foregoing to:

>Douglas Handshoe
>214 Corinth Drive
>Bay St. Louis, MS 39520

/s/ Emily H. Wilkins