IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE                                                            PLAINTIFF

v.                                              CIVIL ACTION NO. 1:15-cv-106-LG-RHW

THE HALIFAX HERALD LIMITED                                               DEFENDANTS
JOHN DOE

## NOTICE OF SERVICE OF INTERROGATORY

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device:

- Plaintiff's Interrogatory Propounded to Defendant The Halifax Herald Limited

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original of the document identified above.

Respectfully submitted this 17th day of April, 2015,

_____
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on April 17th 2015 the foregoing was mailed for electronic filing by me to the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

Mr. Jackson H. Ables, III
Ms. Emily H. Wilkins
Daniel Coker Horton and Bell, P.A.
4400 Old Canton Road, Suite 400
Post Office Box 1084
Jackson, Mississippi 39215-1084

Respectfully submitted this 17th day of April, 2015,

_____

Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(601) 928-5380
earning04@gmail.com