## IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI

**DOUGLAS HANDSHOE**         **PLAINTIFF**

**VERSUS**         **CIVIL ACTION NUMBER** 15—0062

**THE HALIFAX HERALD LIMITED**
**JOHN DOE**         **DEFENDANT**

---

### SUMMONS

THE STATE OF MISSISSIPPI

> SOUTHERN DISTRICT OF MISSISSIPPI
> **FILED**
> APR 20 2015
> ARTHUR JOHNSTON
> BY_____ DEPUTY

TO:    The Halifax Herald Limited
       Attn: M. L. Croft
       2717 Joseph Howe Drive
       P. O. Box 610
       Halifax, NS Canada B3J 2T2

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas
Handshoe, whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street
address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within
(30) days from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

Issued under my hand and the seal of said Court, this 13th day of February, 2015.



Clerk of Hancock County, Mississippi

By: _____

(Seal)

## PROOF OF SERVICE--SUMMONS
(Process Server)

<u>The Halifax Herald Limited</u>
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

____PERSONAL SERVICE. I personally delivered copies to _____on the _____ day of_____ , 2015 , where I found said person in Parish of Jefferson of the State of Louisiana .

____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____county, (state). I served the summons and complaint on the _____ day of _____, 2015 , at the usual place of abode of said person by leaving a true copy of the summons and complaint with who is the _____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____day of _____, 2015 , I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_✓_CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $ _38.55_

Process server must list below: [Please print or type]
Name: _Henry Ward_
Address: _2308 Arnold St. Waveland, MS 39576_
Telephone No. _228-216-2217_

State of Mississippi
County of Hancock

Personally appeared before me the undersigned authority in and for the state and county

aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set

forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me this the _____ day of _____ 2015.

_____
Notary Public

My Commission Expires_____

(Seal)



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** RE185383558US

## Product & Tracking Information

**Postal Product:**                **Extra Svc:**
First-Class Package International Service Registered Mail™        Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 5, 2015 , 11:59 am** | **Delivered** | **CANADA** |

Your item was delivered in CANADA at 11:59 am on March 5, 2015.

| | | |
|---|---|---|
| March 5, 2015 , 5:13 am | Arrival at Post Office | CANADA |
| March 3, 2015 , 8:29 am | Customs clearance processing complete | CANADA |
| March 3, 2015 , 7:22 am | Customs Clearance | CANADA |
| March 3, 2015 , 7:22 am | Processed Through Sort Facility | CANADA |
| February 25, 2015 , 8:19 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| February 25, 2015 , 8:12 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| February 20, 2015 , 3:54 am | Departed USPS Facility | MEMPHIS, TN 38101 |
| February 19, 2015 , 3:26 pm | Arrived at USPS Origin Facility | MEMPHIS, TN 38101 |
| February 19, 2015 , 3:21 am | Departed USPS Facility | JACKSON, MS 39201 |
| February 19, 2015 , 3:18 am | Arrived at USPS Facility | JACKSON, MS 39201 |
| February 14, 2015 , 1:46 pm | Departed Post Office | BAY SAINT LOUIS, MS 39520 |
| February 14, 2015 , 11:21 am | Acceptance | BAY SAINT LOUIS, MS 39520 |

## Available Actions

**Return Receipt After Mailing**

## Track Another Package

**Tracking (or receipt) number**

`Track It`

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number