IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                                           PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 1:15-cv-106-LG-RHW

THE HALIFAX HERALD LIMITED AND JOHN DOE                                 DEFENDANT

## AGREED MOTION

COME NOW the parties, *pro se* Plaintiff and Defendant (by its counsel) and jointly move the court to enter the agreed order furnished herewith, suspending the parties' obligations to exchange disclosures, to prepare for the scheduled case management conference, continuing that conference (pending further order) and the opening of discovery, upon the ground defendant is about to file dispositive motions, wherefore the parties agree that, in the interest of conserving the Court's and Movants' resources, the foregoing events should be postponed until the Court has decided the dispositive motions to be urged by Defendant.

WHEREFORE, the parties now move by agreement for an order as aforesaid; Mr. Handshoe has earlier assented to the reliefs sought by his e-mail of May 6, 2014, which was forwarded to this Court at approximately 0949 C.D.T. on May 6, 2014.

**DATED:  May 7, 2015.**

Respectfully submitted,

THE HALIFAX HERALD LIMITED

BY: /s/ Jackson H. Ables, III
       OF COUNSEL

BY: /s/ Emily H. Wilkins
       OF COUNSEL

D0366484.2

JACKSON H. ABLES, III - BAR # 1027
jables@danielcoker.com
EMILY H. WILKINS - BAR # 104782
ewilkins@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI  39215-1084
TELEPHONE:  (601) 969-7607
FACSIMILE:  (601) 969-1116

## CERTIFICATE

I hereby certify that on **May 7, 2015**, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

 Douglas K. Handshoe

        /s/ Jackson H. Ables, III

D0366484.2     -2-