IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE            PLAINTIFF

VS.            CIVIL ACTION NO. 1:15-cv-106-LG-RHW

THE HALIFAX HERALD LIMITED AND JOHN DOE            DEFENDANT

## AGREED ORDER

      This civil action came on for hearing this date on agreed motion of the parties (ECF No. 8) and the Court, being fully advised, finds the motion is agreed, well taken, and should be granted. A new case management order date will be published if one or more of the Defendants' dispositive motions is not granted by the Court.

      SO ORDERED AND ADJUDGED, this the 7th day of May, 2015.

/s/ *Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE


APPROVED AND AGREED TO:


BY:   Douglas Handshoe
      *PRO SE* PLAINTIFF

BY: /s/ Jackson H. Ables, III
      OF COUNSEL

D0366555.2