IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                                          PLAINTIFF

VS.                                                                                         CIVIL ACTION NO. 1:15-cv-106-LG-RHW

THE HALIFAX HERALD LIMITED AND JOHN DOE                                    DEFENDANT

## JOINT STIPULATION FOR FINAL DISMISSAL WITH PREJUDICE

The parties Plaintiff, *pro se*, by joinder herein and by separate endorsement, and Defendant agree and therefore stipulate to the immediate dismissal with prejudice of Civil Action No. 1:15-cv-00106-LG-RHW and thereby to entry of this Court's final dismissal with prejudice of all claims which the *pro se* Plaintiff brought in this action or might have been brought in it, the parties having agreed to bear their respective costs of the action.

SO STIPULATED at Halifax, Nova Scotia, this the 29th day of May, 2015.

**FILED:  June 1, 2015.**

 /s/ Douglas K. Handshoe                              The Halifax Herald Limited
Douglas K. Handshoe, *pro se* Plaintiff,
Individually and as the Single Member
of Slabbed New Media, LLC                          BY: /s/ Jackson H. Ables, III - Bar No. 1027
                                                                           OF COUNSEL

Douglas K. Handshoe                                      JACKSON H. ABLES, III - BAR # 1027
*earning04@gmail.com*                                 jables@danielcoker.com
214 Corinth Drive                                            EMILY H. WILKINS - BAR # 104782
Bay St. Louis, MS 39520                                 ewilkins@danielcoker.com
Phone: 601.928.5380                                      DANIEL COKER HORTON AND BELL, P.A.
                                                                     4400 OLD CANTON ROAD, SUITE 400
                                                                     POST OFFICE BOX 1084
                                                                     JACKSON, MISSISSIPPI  39215-1084
                                                                     TELEPHONE:  (601) 969-7607
                                                                     FACSIMILE:  (601) 969-1116

D0374749.3

## CERTIFICATE

I hereby certify that on **June 1, 2015**, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing all parties.

/s/ Jackson H. Ables, III