IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| DOUGLAS HANDSHOE | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:15-cv-106-LG-RHW |
| THE HALIFAX HERALD LIMITED AND JOHN DOE | DEFENDANT |

### NOTICE OF ENDORSEMENT

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the following document which was filed electronically on June 2, 2015:

**JOINT STIPULATION FOR FINAL
DISMISSAL WITH PREJUDICE**

/s/ Douglas K. Handshoe
Douglas K. Handshoe, *Pro Se* Plaintiff

Douglas K. Handshoe
*earning04@gmail.com*
214 Corinth Drive
Bay St. Louis, MS 39520
Phone: 601.928.5380

DATED: June 2, 2015.

D0374803.1