IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                                    PLAINTIFF

v.                                                                             CIVIL ACTION NO. 1:15-cv-106-LG-RHW

THE HALIFAX HERALD LIMITED AND JOHN DOE                                     DEFENDANT

### AGREED JUDGMENT OF DISMISSAL

This civil action came on for agreed hearing this day on the Joint Stipulation for Final Dismissal with Prejudice jointly submitted to the Court by the Defendant and endorsed by the *pro se* Plaintiff, and the Court, being fully advised in the premises, herewith orders the parties' stipulation to take effect as follows:

IT IS NOW HEREBY ORDERED AND ADJUDGED that all claims of the *pro se* Plaintiff which were brought in this civil action or which might have been are now dismissed finally and with prejudice, the parties to bear their respective costs of the action.

SO ORDERED AND ADJUDGED, this the 3rd day of June, 2015.

                                                s/ *Louis Guirola, Jr.*
                                                Louis Guirola, Jr.
                                                Chief United States District Judge

Jointly Submitted, Approved, and
Agreed As To Form and Substance:

 /s/ Douglas K. Handshoe
Douglas K. Handshoe, *Pro Se* Plaintiff

THE HALIFAX HERALD LIMITED

 /s/ Jackson H. Ables, III - Bar No. 1027
By Counsel